IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DION JONES, | ) |
| Plaintiff, | ) |
| v. | ) CV 307-044 |
| FRED BURNETTE, Warden; BETTY ALLEN, Telfair State Prison mail-room; and KIMBERLY GREGORY, Telfair State Prison Mail-room, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Defendants.

SO ORDERED this 4th day of September, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE